UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 29 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARIE FORTIER, on behalf of herself and all others similarly situated,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>ANTHEM, INC. and ANTHEM UM SERVICES, INC.,<br><br>        Defendants - Appellees. | No. 20-56361<br><br>D.C. No. 2:20-cv-04952-MCS-MAA<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered November 12, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                        FOR THE COURT:

                                        MOLLY C. DWYER
                                        CLERK OF COURT

                                        By: Rebecca Lopez
                                        Deputy Clerk
                                        Ninth Circuit Rule 27-7